**Mai CHAPPEL, Plaintiff–Appellant,**

v.

**Loan T. PHAN, Defendant–Appellee.**

No. 13–1391.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 6, 2013.

Decided: Aug. 14, 2013.

Mai Chappel, Appellant Pro Se.

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mai Chappel appeals the district court's order dismissing this action for want of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chappel v. Phan,* No. 3:13–cv–00082–REP (E.D.Va.

Feb. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*